**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JAMES WILSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:16-cv-051-JMS-MJD |
| | ) | |
| SUPERINTENDENT, Wabash Valley | ) | |
| Correctional Facility, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Dismissing Action and Directing Entry of Final Judgment**

**I.**

This action for a writ of habeas corpus was filed by state inmate James Wilson on February 12, 2016. On February 19, 2016, Mr. Wilson was given a period of time in which "to supplement his petition for writ of habeas corpus by stating whether and in what way he has presented his habeas claim to the Indiana state courts, and by stating if he has not done so what circumstances exist permitting him to proceed directly to federal court."

The deadline has come and gone. Mr. Wilson has not supplemented his habeas petition as directed. His failure to comply with the directions referenced above constitutes his abandonment of the action, which shall now be dismissed without prejudice.

**II.**

Judgment consistent with this Entry shall now issue.

**III.**

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the *Rules Governing*

*' 2254 Proceedings*, and 28 U.S.C. ' 2253(c), the court finds that Wilson has failed to show that

reasonable jurists would find it Adebatable whether [this court] was correct in its procedural ruling.@

*Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The court therefore denies a certificate of

appealability.

IT IS SO ORDERED.

Date: <u>March 29, 2016</u>

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES WILSON
139229
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838